**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BEVERLY FINE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-08-516-R |
| | ) |
| MICHAEL J. ASTRUE, Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Plaintiff filed this action seeking a review of the denial of disability insurance benefits. Pursuant to 28 U.S.C. § 636(b)(1)( B), the matter was referred to United States Magistrate Judge Valerie K. Couch for preliminary review. On March 25, 2009, Judge Couch issued a Report and Recommendation, wherein she recommended that the decision of the Commissioner be reversed and remanded for further consideration. The record reflects that neither party has objected to the Report and Recommendation nor sought an extension of time in which to respond. Accordingly, the Report and Recommendation is hereby adopted in its entirety and this matter is remanded to the Commissioner.

IT IS SO ORDERED this 20th day of April 2009.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE